## EX PARTE TOMLIN GIBSON.

No. 23583. Delivered November 13, 1946.

The opinion states the case.

*Steve Miller,* of Tyler, *J. S. Grisham* and *Thomas C. Unis,* both of Dallas, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

This is a companion case to our No. 23,582, Ex parte, Colquitt Gibson, (Page 573 of this volume), and the same facts are herein presented as those in that case.

It is shown that the two Gibsons were acting together in the encounter in which Pat Templeton lost his life, and under the authority of our case No. 23,582, and our opinion therein, we think the denial of bail was correct.

The judgment will therefore be affirmed.